DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

UNIVERSAL PROPERTY & CASUALTY
INSURANCE COMPANY,

Appellant,

v.

SAMUEL JAMES WALSH,

Appellee.

No. 2D2023-0732

_____

June 28, 2024

Appeal from the Circuit Court for Pinellas County; Amy Williams, Judge.

Andrew A. Labbe of Groelle & Salmon, P.A., Tampa, for Appellant.

Mark A. Nation of The Nation Law Firm, Longwood, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., CASANUEVA, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.